**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSHUA J. FLORES, | Case No. 2:20-cv-01121-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| MESA AIRLINES, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion/Application to Proceed *In Forma Pauperis* (ECF No. 1), filed on June 19, 2020.

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis* and submitted a complaint along with the application. The Court finds that Plaintiff's application is incomplete. Plaintiff indicates that he has received no income in the past twelve months but he did not list any expenses. Plaintiff only indicated that he has a car payment, rent, insurance, and utilities bills without specifying their amount per month as expenses. As a result, the Court cannot determine whether Plaintiff is eligible to proceed *in forma pauperis*. Plaintiff's Motion/Application shall be denied without prejudice and he will be given fourteen (14) days to submit a second, completed application along with a complaint.

Having concluded that Plaintiff is not entitled at this time to proceed *in forma pauperis*, the Court need not screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires the dismissal of the case at any time if the Court determines that it is frivolous or malicious or fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant who is immune from such relief.

Based on the foregoing and good cause appearing therefore,

1         IT IS ORDERED that Plaintiff's Motion/Application to Proceed *In Forma*

2  *Pauperis* (ECF No. 1) is **denied** without prejudice as incomplete.

3         IT IS FURTHER ORDERED that Plaintiff shall have until **July 6, 2020** to file a

4  new, completed Application to Proceed *In Forma Pauperis* along with a complaint.  In the

5  alternative, Plaintiff may make the necessary arrangements to pay the filing fee of three hundred

6  fifty dollars ($350) and administrative fee of fifty dollars ($50), for a total of four hundred dollars

7  ($400), accompanied by a copy of this Order.  Failure to comply with this Order will result in a

8  recommendation to the District Judge that this action be dismissed.

9         DATED: June 22, 2020.

10

11  DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28