UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA J. FLORES, | Case No. 2:20-cv-01121-KJD-DJA |
| Plaintiff, | ORDER |
| v. | |
| MESA AIRLINES INC., | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#7) of Magistrate Judge Daniel J. Albregts entered August 17, 2020, recommending that Plaintiff's complaint be dismissed without prejudice for failure to file an amended complaint. Plaintiff filed Objections (#8) to the Report and Recommendation. Plaintiff asserts that he never received the order dismissing his complaint with leave to amend. He requests an extension of time to file an amended complaint. Having read and considered Plaintiff's motion for extension of time, and good cause being found, the motion is granted. Plaintiff shall file an amended complaint no later than November 20, 2020. Failure to do so will result in this case being dismissed with prejudice.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report of Findings and Recommendation (#7) of the United States Magistrate Judge entered August 17, 2020, should be **DENIED as moot;**

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) entered August 17, 2020, are **DENIED as moot**;

IT IS FURTHER ORDERED that Plaintiff file an amended complaint no later than November 20, 2020.

Dated this 29th day of October, 2020.

                                            Kent J. Dawson
                                            United States District Judge