UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA J. FLORES,<br><br>                            Plaintiff,<br><br>     v.<br><br>MESA AIRLINES, INC.,<br><br>                            Defendant. | Case No. 2:20-cv-01121-KJD-DJA<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On October 29, 2020, the Court granted Plaintiff's motion for extension of time to file an amended complaint. (ECF #10). The Court gave Plaintiff until November 20, 2020 to file the complaint and warned Plaintiff that a failure to do so would result in his case being dismissed with prejudice. Plaintiff has not filed an amended complaint or participated in the litigation since. Therefore, Plaintiff's case is dismissed.

IT IS THEREFORE ORDERED that Plaintiff's action is **DISMISSED with prejudice**. Dated this 4th day of May, 2021.

_____
Kent J. Dawson
United States District Judge